UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAKESHKUMAR M PATEL, SANGITABAHEN PATEL and, HIRALBEN PATEL,<br>    Petitioners/Plaintiffs<br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KRISTEN SMITH, Field Office Director Director, USCIS Lawrence Field Office; GREGORY A. RICARDSON, Director, U.S. Citizenship and Immigration Services, Texas Service Center,<br>    Defendants. | C.A. No. 21-cv-11282-IT |

## NOTICE OF DISMISSAL

The Plaintiffs, Rakeshkumar M Patel, Sangitabahen Patel, and Hiralben Patel, state that the Defendants approved their applications to adjust status, issued them evidence of the approvals and of their immigration status, and they are all now lawful permanent residents of the United States. Therefore, pursuant to the provisions of F.R.C.P. 41(a)(1)(A)(i), the Plaintiffs hereby dismiss this action.

Respectfully submitted,

**Rakeshkumar M Patel**
**Sangitabahen Patel and**
**Hiralben Patel**
**By their attorney,**

**/s/ Anthony Drago, Esq.**
**Anthony Drago, Esq. (BBO #552437)**
**Anthony Drago, Jr., P.C.**
**88 Broad Street – 5th Floor**
**Boston, MA 02110**
**(617) 357-0400**
**Anthony@adragopc.com**

## **CERTIFICATE OF SERVICE**

      I, Anthony Drago, Esq. do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 4, 2021.

                                              /s/ Anthony Drago, Esq._____
                                              Attorney for Plaintiffs